```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17525
   VIKKI P SHAW
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-4824


------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/25/07 .

   2.  The case was converted to Chapter 7 without confirmation, 11/26/2007.

   3.  The Debtor paid a total of $     500.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST          PRINCIPAL
                                                            PAID              PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00             .00               .00
COUNTRYWIDE HOME LOANS   SECURED               .00             .00               .00
AAA CREDIT SERVICES      UNSECURED       NOT FILED             .00               .00
AMERICAN EXPRESS         UNSECURED       NOT FILED             .00               .00
ASPIRE VISA              UNSECURED       NOT FILED             .00               .00
FIA CARD SERVICES        UNSECURED       NOT FILED             .00               .00
CAPITAL ONE BANK         UNSECURED       NOT FILED             .00               .00
CARSON PIRIE SCOTT       UNSECURED       NOT FILED             .00               .00
CHARTER ONE BANK         UNSECURED       NOT FILED             .00               .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED             .00               .00
CITICARDS PRIVATE LABEL  UNSECURED       NOT FILED             .00               .00
CREDIT ONE BANK          UNSECURED       NOT FILED             .00               .00
DELNOR COMMUNITY HOSPITA UNSECURED       NOT FILED             .00               .00
DISCOVER BANK            UNSECURED       NOT FILED             .00               .00
JC PENNEY CO             UNSECURED       NOT FILED             .00               .00
LABORATORY PHYSICIANS LL UNSECURED       NOT FILED             .00               .00
LOWES                    UNSECURED       NOT FILED             .00               .00
QCARD                    UNSECURED       NOT FILED             .00               .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED             .00               .00
UNITED CREDIT CORP       UNSECURED       NOT FILED             .00               .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST          PRINCIPAL
                                                            PAID              PAID
------------------------------------------------------------------------
       Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00         .00           .00
PRINCIPAL PAID         .00          .00          .00         .00           .00
INTEREST PAID          .00          .00          .00         .00           .00
```

```
TOTAL PAID                           .00            .00           .00            .00             .00
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $     250.00   direct and $     477.50   through the plan.

The Trustee received $      22.50 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/12/08                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE